B 5 (Official Form 5) (12/07)

| UNITED STATES BANKRUPTCY COURT<br>Southern District of California | INVOLUNTARY PETITION |
|---|---|

| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br>**FANITA RANCH L.P., a California Limited Partnership** | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.) |
|---|---|
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN (If more than one, state all.):<br>unknown | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>5950 Priestly Drive<br>Carlsbad, Ca. 92008 | MAILING ADDRESS OF DEBTOR (If different from street address) |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>San Diego County<br>ZIP CODE **92008** | ZIP CODE |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)
See attached exhibit A

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☐ Chapter 7    ☑ Chapter 11

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

| Nature of Debts<br>(Check **one** box.)<br><br>Petitioners believe:<br><br>☐ Debts are primarily consumer debts<br>☑ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br>☐ Individual (Includes Joint Debtor)<br>☐ Corporation (Includes LLC and LLP)<br>☑ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business<br>(Check **one** box.)<br>☐ Health Care Business<br>☑ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other |
|---|---|---|

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☑ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached. *[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER
OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

### ALLEGATIONS
(Check applicable boxes)

1. ☑ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).
2. ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
   or
   b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

COURT USE ONLY

Case # : 09-04958-PB11
Debtor.: FANITA RANCH, L.P.., A CALIFOR
Judge..: PETER BOWIE
Chapter: 11

Filed   : April 16, 2009   09:22:03
Deputy  : ACROSBY
Receipt : 203401
Amount  : $1,039.00

RELIEF ORDERED
Clerk, U.S. Bankruptcy Court
Southern District Of California

B 5 (Official Form 5) (12/07) – Page 2

Name of Debtor __FANITA RANCH L.P.__

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x _Roger J Ball_  
Signature of Petitioner or Representative (State title)  
Rick Engineering Company     04/15/2009  
Name of Petitioner            Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:  
Roger L. Ball  
5620 Friars Road  
San Diego, Ca. 92110

x _[signature]_     04/15/2009  
Signature of Attorney     BAR NO 110035   Date  
Dennis J. Stryker  
Name of Attorney Firm (If any)  
5620 Friars Road, San Diego 92110  
Address  
(619) 908-3515  
Telephone No.

x _[signature]_  
Signature of Petitioner or Representative (State title)  
The Landbourn Company     04/15/2009  
Name of Petitioner            Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:  
Nicholas Arthur  
7817 Ivanhoe Ave, #102  
La Jolla, Ca 92037

x _[signature]_     04/15/2009  
Signature of Attorney     Date  
Dennis J Stryker  
Name of Attorney Firm (If any)  
5620 Friars Road, San Diego, Ca 92110  
Address  
(619) 908-3515  
Telephone No.

x _[signature]_  
Signature of Petitioner or Representative (State title)  
J. Whalen Associates Inc     04/15/2009  
Name of Petitioner            Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:  
James E. Whalen  
1660 Hotel Cir N, #725  
San Diego, Ca 92108

x _[signature]_     04/15/2009  
Signature of Attorney     Date  
Dennis J Stryker  
Name of Attorney Firm (If any)  
5620 Friars road, San Diego, Ca 92110  
Address  
(619) 908-3515  
Telephone No.

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Rick Engineering Company | professional services | 1,644,829.94 |
| The Landbourn Company | consulting services | 170,000.00 |
| J. Whalen Associates Inc | professional services | 630,988.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | 2,445,817.94 |

_____ continuation sheets attached

Exhibit A
to the involuntary petition
as to
Fanita Ranch L.P., a California Limited Partnership

Assessor Parcel Numbers: 380-040-43-00; 380-040-44-00; 376-020-03-00; 374-030-02-00; 347-050-02-00; 374-060-01-00; 376-010-06-00; 376-030-01-00; 378-020-54-00

Title Order Number:

File Number: DIV-1005738

### Exhibit "1"

Real property in the City of Santee, County of San Diego, State of California, described as follows:

PARCEL 1:

THOSE PORTIONS OF LOTS 5 AND 6 OF THE RESUBDIVISION OF FANITA RANCHO, IN THE CITY OF SANTEE, COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO OFFICIAL PLAT THEREOF NO. 1703 FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY AND RECORDED FEBRUARY 28, 1918, DESCRIBED AS FOLLOWS:

COMMENCING AT THE NORTHWESTERLY CORNER OF LOT 1463 CARLTON HILLS, UNIT NO. 10 ACCORDING TO OFFICIAL PLAT THEREOF NO. 6866, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY AND RECORDED FEBRUARY 26, 1971; THENCE ALONG THE NORTHERLY LINE OF SAID LOT 1463, SOUTH 73 DEGREES 21'45" EAST, 47.06 FEET TO AN ANGLE POINT THEREIN, BEING ALSO AN ANGLE POINT IN THE BOUNDARY OF OAK HILLS UNIT NO. 134 ACCORDING TO OFFICIAL PLAT THEREOF NO. 6542, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY AND RECORDED NOVEMBER 18, 1969, BEING THE TRUE POINT OF BEGINNING; THENCE ALONG THE BOUNDARY OF SAID MAP NO. 6542 AS FOLLOWS:

NORTH 20 DEGREES 54'40" EAST, 145.18 FEET; NORTH 12 DEGREES 38'48" EAST, 84.58 FEET; NORTH 03 DEGREES 38'15" EAST, 222.90 FEET AND NORTH 12 DEGREES 38'48" EAST, 206.54 FEET TO THE NORTHERLY LINE OF SAID LOT 5; THENCE EASTERLY ALONG THE NORTHERLY LINE OF SAID LOTS 5 AND 6 TO THE NORTHEAST CORNER OF SAID LOT 6; THENCE ALONG THE EASTERLY LINE OF SAID LOT 6, SOUTH 00 DEGREES 06'17" WEST 1393.06 FEET TO THE NORTHEASTERLY CORNER OF CARLTON HILLS UNIT NO. 8, ACCORDING TO OFFICIAL PLAT THEREOF NO. 6216, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY AND RECORDED OCTOBER 23, 1968; THENCE ALONG THE BOUNDARY OF SAID MAP NO. 6216 AS FOLLOWS:

SOUTH 67 DEGREES 20'30" WEST, 184.81 FEET; NORTH 22 DEGREES 39'30" WEST, 40.00 FEET; SOUTH 67 DEGREES 20'30" WEST, 170.00 FEET; SOUTH 06 DEGREES 57'10" WEST, 84.32 FEET; SOUTH 71 DEGREES 43'00" WEST, 639.50 FEET; NORTH 47 DEGREES 57'58" WEST, 110.50 FEET; SOUTH 71 DEGREES 43'00" WEST, 161.00 FEET; SOUTHERLY ALONG THE ARC OF A 228.00 FOOT RADIUS CURVE, CONCAVE NORTHEASTERLY THROUGH A CENTRAL ANGLE OF 07 DEGREES 15'42", A DISTANCE OF 28.90 FEET; SOUTH 73 DEGREES 43'00" WEST, 108.00 FEET; SOUTH 20 DEGREES 39'45" WEST, 70.09 FEET; SOUTH 81 DEGREES 03'14" WEST, 71.64 FEET; SOUTH 71 DEGREES 43'00" WEST, 192.00 FEET; SOUTH 61 DEGREES 56'34" WEST, 121.77 FEET; NORTH 71 DEGREES 20'30" WEST, 87.71 FEET; NORTH 89 DEGREES 54'00" WEST 110.00 FEET; NORTH 15 DEGREES 06'00" EAST, 48.97 FEET; NORTH 74 DEGREES 54'00" WEST, 149.00 FEET; SOUTH 67 DEGREES 43'57" WEST, 43.97 FEET; NORTH 19 DEGREES 56'59" WEST, 93.45 FEET; NORTH 29 DEGREES 31'37" WEST, 163.69 FEET; AND NORTH 39 DEGREES 42'11" EAST, 93.45 FEET TO THE MOST EASTERLY CORNER OF LOT 1280 OF SAID MAP NO. 6216, BEING ALSO THE MOST SOUTHERLY CORNER OF LOT 1376 OF CARLTON HILLS UNIT NO. 9, ACCORDING TO MAP THEREOF NO. 6429, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, JULY 23, 1969; THENCE ALONG THE BOUNDARY OF SAID MAP NO. 6429, AS FOLLOWS:

3

NORTH 41 DEGREES 32'59" EAST, 196.98 FEET; NORTH 41 DEGREES 33'14" EAST 261.00 FEET; NORTH 53 DEGREES 14'57" EAST, 97.91 FEET; NORTH 68 DEGREES 28'56" EAST, 187.76 FEET; NORTH 40 DEGREES 36'00" EAST, 442.08 FEET; NORTH 49 DEGREES 24'00" WEST, 231.00 FEET; SOUTH 40 DEGREES 36'00" WEST, 38.00 FEET; NORTH 49 DEGREES 24'00" WEST, 115.00 FEET; SOUTH 51 DEGREES 54'36" WEST, 219.26 FEET; SOUTH 63 DEGREES 42'14" WEST, 165.28 FEET; SOUTH 75 DEGREES 58'20" WEST, 136.09 FEET; NORTH 88 DEGREES 40'00" WEST, 137.22 FEET; NORTH 69 DEGREES 41'44" WEST, 116.27 FEET; NORTH 57 DEGREES 20'00" WEST, 197.00 FEET; NORTH 49 DEGREES 02'30" WEST, 197.39 FEET; NORTH 21 DEGREES 34'40" WEST, 162.25 FEET; NORTH 82 DEGREES 30'00" WEST, 364.38 FEET; SOUTH 07 DEGREES 30'00" WEST, 75.49 FEET; AND SOUTH 08 DEGREES 09'22" EAST, 97.22 FEET TO THE NORTHEASTERLY CORNER OF CARLTON HILLS UNIT NO. 11, ACCORDING TO OFFICIAL PLAT THEREOF NO. 7133 FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, RECORDED DECEMBER 8, 1971; THENCE ALONG THE BOUNDARY OF SAID MAP NO. 7133 AS FOLLOWS:

SOUTH 81 DEGREES 50'38" WEST, 180.09 FEET; NORTH 87 DEGREES 19'12" WEST, 121.09 FEET; SOUTH 82 DEGREES 20'00" WEST, 50.00 FEET; NORTH 62 DEGREES 05'00" WEST, 449.01 FEET; SOUTH 51 DEGREES 20'00" WEST, 142.88 FEET; SOUTH 17 DEGREES 54'00" WEST, 113.72 FEET TO A POINT ON THE ARC OF A NON-TANGENT 215.00 FOOT RADIUS CURVE, CONCAVE NORTHERLY, A RADIAL LINE OF SAID CURVE, BEARING SOUTH 00 DEGREES 46'00" EAST TO SAID POINT; WESTERLY ALONG THE ARC OF SAID CURVE THROUGH A CENTRAL ANGLE OF 18 DEGREES 40'00", A DISTANCE OF 70.05 FEET; AND NON-TANGENT TO SAID CURVE SOUTH 17 DEGREES 54'00" WEST, 369.48 FEET TO THE ANGLE POINT IN THE NORTHERLY BOUNDARY OF LOT 1477 OF SAID MAP NO. 6866; THENCE ALONG THE NORTHERLY BOUNDARY OF SAID MAP NO. 6866 AS FOLLOWS:

NORTH 77 DEGREES 13'30" WEST, 187.20 FEET; NORTH 72 DEGREES 30'00" WEST, 544.64 FEET; NORTH 59 DEGREES 56'00" WEST, 72.57 FEET; AND NORTH 72 DEGREES 30'00" WEST, 78.99 FEET TO THE TRUE POINT OF BEGINNING.

EXCEPTING THEREFROM THAT PORTION THEREOF LYING WITHIN CARLTON ESTATES, ACCORDING TO MAP NO. 8796, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY ON FEBRUARY 9, 1978 AS FILE NO. 78-054692 OF OFFICIAL RECORDS.

PARCEL 2:

THAT PORTION OF LOT 12 OF RESUBDIVISION OF FANITA RANCHO, IN THE CITY OF SANTEE, COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO MAP THEREOF NO. 1703, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, FEBRUARY 28, 1918, LYING WITHIN THE BOUNDARIES OF RECORD OF SURVEY MAP NO. 8279 RECORDED IN THE OFFICE OF THE COUNTY RECORDER OF SAID SAN DIEGO COUNTY, MAY 4, 1978 AS FILE NO. 78-181648 OF OFFICIAL RECORDS.

PARCEL 3:

THE SOUTH HALF OF LOT 1 AND ALL OF LOT 8 IN SECTION 4, TOWNSHIP 15 SOUTH, RANGE 1 WEST, SAN BERNARDINO BASE AND MERIDIAN, IN THE CITY OF SANTEE, COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO OFFICIAL PLAT THEREOF.

PARCEL 4:

THAT PORTION OF LOT 15 OF RESUBDIVISION OF FANITA RANCHO, IN THE CITY OF SANTEE, COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO MAP THEREOF NO. 1703, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, FEBRUARY 28, 1918, LYING WITHIN THE BOUNDARIES OF RECORD OF SURVEY MAP NO. 8279, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAID SAN DIEGO COUNTY, MAY 4, 1978 AS FILE NO. 78-181648 OF OFFICIAL RECORDS.

PARCEL 5:

LOT 14 OF RESUBDIVISION OF FANITA RANCHO, IN THE CITY OF SANTEE, COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO MAP THEREOF NO. 1703, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, FEBRUARY 28, 1918.

PARCEL 6:

ALL THAT PORTION OF LOT 11 OF RESUBDIVISION OF FANITA RANCHO, IN THE CITY OF SANTEE, COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO MAP THEREOF NO. 1703, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, FEBRUARY 28, 1918. LYING WITHIN THE BOUNDARIES OF RECORD OF SURVEY MAP NO. 8279, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAID SAN DIEGO COUNTY, MAY 4, 1978 AS FILE NO. 78-181648 OF OFFICIAL RECORDS.

PARCEL 7:

LOT 13 OF RESUBDIVISION OF FANITA RANCHO, IN THE CITY OF SANTEE, COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO MAP THEREOF NO. 1703, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, FEBRUARY 28, 1918.

PARCEL 8:

ALL THAT PORTION OF LOT 8 OF THE RESUBDIVISION OF FANITA RANCHO, IN THE CITY OF SANTEE, COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO MAP THEREOF NO. 1703, FILED IN THE OFFICE OF THE COUNTY RECORDED OF SAN DIEGO COUNTY FEBRUARY 28, 1918 LYING WITHIN THE BOUNDARIES OF RECORD OF SURVEY MAP NO. 8279, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, MAY 4, 1978 AS FILE NO. 78-181648 OF OFFICIAL RECORDS.

EXCEPTING THEREFROM THAT PORTION THEREOF LYING WITHIN COUNTY OF SAN DIEGO TRACT NO. 3675-1, ACCORDING TO MAP NO. 9902, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY ON NOVEMBER 25, 1980 AS FILE NO. 80-398660 OF OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM THAT PORTION THEREOF LYING WITHIN COUNT OF SAN DIEGO TRACT NO. 3675-2, ACCORDING TO MAP NO. 9903, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY ON NOVEMBER 25, 1980 AS FILE NO. 80-398661 OF OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM THAT PORTION THEREOF LYING WITHIN COUNTY OF SAN DIEGO TRACT NO. 3675-3, ACCORDING TO MAP NO. 9904, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY ON NOVEMBER 25, 1980 AS FILE NO. 80-398662 OF OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM THAT PORTION THEREOF LYING WITHIN COUNTY OF SAN DIEGO TRACT NO. 3675-4, ACCORDING TO MAP THEREOF NO. 9905, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY ON NOVEMBER 25, 1980 AS FILE NO. 80-398663 OF OFFICIAL RECORDS.

ALSO EXCEPTING FROM SAID LOT 8, ALL THAT PORTION THEREOF DESCRIBED AS FOLLOWS:

COMMENCING AT AN ANGLE POINT ON THE EASTERLY BOUNDARY OF THAT CERTAIN STRIP OF LAND, BEING A 30 FOOT EASEMENT AS DESCRIBED IN DEED TO THE SANTEE COUNTY WATER DISTRICT FOR ROAD AND UTILITY PURPOSES, RECORDED AUGUST 19, 1966 AS FILE NO. 134771 OF OFFICIAL RECORDS, SAID ANGLE POINT BEING THE TERMINUS OF A COURSE HAVING A BEARING AND DISTANCE OF NORTH 27 DEGREES 54'57" EAST 568.16 FEET; THENCE CONTINUING ALONG SAID EASTERLY BOUNDARY NORTH 26 DEGREES 14 EAST 846.04 FEET; THENCE LEAVING SAID EASTERLY BOUNDARY SOUTH 63 DEGREES 46' EAST 370.00 FEET; THENCE SOUTH 79 DEGREES 39' EAST, 670.81 FEET; THENCE NORTH 10 DEGREES 21' EAST, 18.00 FEET TO THE TRUE POINT OF BEGINNING; THENCE NORTH 79 DEGREES 39' WEST 110.00 FEET; THENCE NORTH 10 DEGREES 21' EAST, 170.00 FEET; THENCE SOUTH 79 DEGREES 39' EAST, 120.00 FEET, SOUTH 10 DEGREES 21' WEST 170.00 FEET; THENCE NORTH 79 DEGREES 39' WEST, 10.00 FEET TO THE TRUE POINT OF BEGINNING.

ALSO EXCEPTING FROM SAID LOT 8, ALL THAT PORTION THEREOF DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT THAT BEARS NORTH 17 DEGREES 36' EAST, 2280.63 FEET FROM THE INTERSECTION OF THE CENTERLINE OF SYLMAST BOULEVARD WITH THE CENTERLINE OF CARLTON HILLS BOULEVARD AS SAID CENTERLINES ARE SHOWN ON MAP NO. 4364, A COPY OF WHICH IS ON

FILE IN THE OFFICE OF THE COUNTY RECORDER OF SAID SAN DIEGO COUNTY THENCE SOUTH 75 DEGREES 57'15" EAST, 276.00 FEET; THENCE NORTH 14 DEGREES 02'45" EAST 295.00 FEET; THENCE NORTH 75 DEGREES 57'15" WEST, 355.00 FEET; THENCE SOUTH 14 DEGREES 02'45" WEST, 295.00 FEET; THENCE SOUTH 75 DEGREES 57'15" EAST 79.00 FEET TO THE POINT OF BEGINNING.

ALSO EXCEPTING THEREFROM THAT PORTION THEREOF LYING WITHIN PARCELS 1-A AND 1-B AS CONDEMNED AND TAKEN BY THE PADRE DAM MUNICIPAL WATER DISTRICT BY FINAL ORDER OF CONDEMNATION CASE NO. 658159-1 AND FILED FEBRUARY 18, 1994 BY THE CLERK OF THE SUPERIOR COURT OF THE STATE OF CALIFORNIA, A CERTIFIED COPY OF WHICH WAS RECORDED FEBRUARY 24, 1994 AS FILE NO. 1994-0124825 OF OFFICIAL RECORDS OF SAID SAN DIEGO COUNTY.

ALSO EXCEPTING FROM SAID LOT 8, ALL THAT PORTION THEREOF DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT ON THE SOUTHERLY LINE OF THE LAND CONVEYED TO SANTEE COUNTY WATER DISTRICT RECORDED JUNE 27, 1962 AS FILE NO. 109476 OF OFFICIAL RECORDS, SAID POINT BEARS NORTH 17 DEGREES 39'17" EAST (NORTH 17 DEGREES 36'00" EAST PER SAID DEED) 2,280.63 FEET FROM THE INTERSECTION OF THE CENTERLINE OF SLYMAST BOULEVARD WITH THE CENTERLINE OF CARLTON HILLS BOULEVARD AS SAID CENTERLINES ARE SHOWN ON MAP NO. 4364 FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, THENCE EASTERLY ALONG SAID SOUTHERLY LINE SOUTH 75 DEGREES 53'58" EAST, 111.82 FEET TO AN ANGLE POINT IN THAT LAND DESCRIBED IN PARCEL 1-A OF THAT FINAL ORDER OF CONDEMNATION RECORDED FEBRUARY 24, 1994 AS FILE NO. 1994-0124825 OF OFFICIAL RECORDS; THENCE ALONG THE BOUNDARY OF SAID LAND DESCRIBED IN PARCEL 1-A, SOUTH 54 DEGREES 24'52" EAST, 107.06 FEET; THENCE SOUTH 77 DEGREES 09'15" EAST, 54.25 FEET; THENCE NORTH 59 DEGREES 03'17" EAST, 77.51 FEET; THENCE NORTH 12 DEGREES 19'23" EAST, 201.08 FEET TO THE TRUE POINT OF BEGINNING; THENCE NORTH 12 DEGREES 19'23" EAST, 15.00 FEET; THENCE NORTH 49 DEGREES 25'48" EAST, 68.71 FEET; THENCE LEAVING SAID BOUNDARY OF PARCEL 1-A, SOUTH 43 DEGREES 01'46" WEST, 81.18 FEET, TO THE TRUE POINT OF BEGINNING.

ALSO EXCEPTING FROM SAID LOT 8, ALL THAT PORTION THEREOF LYING WESTERLY OF THE EASTERLY LINE OF THE LAND CONVEYED TO THE PADRE DAM MUNICIPAL WATER DISTRICT BY DEED RECORDED APRIL 12, 1977 AS FILE NO. 77-132403 OF OFFICIAL RECORDS OF SAID SAN DIEGO COUNTY.

ALSO EXCEPTING FROM SAID LOT 8, ALL THAT PORTION THEREOF LYING WITHIN PARCEL 16 HEREINAFTER DESCRIBED.

PARCEL 9:

LOT 7 OF RESUBDIVISION OF FANITA RANCHO, IN THE CITY OF SANTEE, COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO MAP THEREOF NO. 1703, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, FEBRUARY 28, 1918.

EXCEPTING THEREFROM THAT PORTION THEREOF LYING WITHIN CARLTON ESTATES, IN THE CITY OF SANTEE, COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO MAP THEREOF NO. 8796, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY ON FEBRUARY 9, 1978 AS FILE NO. 78-054692 OF OFFICIAL RECORDS.

ALSO EXCEPTING FROM SAID LOT 7, THAT PORTION THEREOF DESCRIBED AS FOLLOWS:

BEGINNING AT THE NORTHWEST CORNER OF WOODGLENN ESTATES, ACCORDING TO MAP THEREOF NO. 7560, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, FEBRUARY 21, 1973; THENCE ON A LINE PARALLEL WITH THE WESTERLY PROLONGATION OF THE CENTER LINE OF WOODGLEN VISTA DRIVE, AS SHOWN ON MAP, NORTH 89 DEGREES 51'10" WEST, 687.38 FEET TO A POINT ON THE EASTERLY LINE OF SAID LOT 7; THENCE ALONG SAID EASTERLY LINE, NORTH 00 DEGREES 12'05" EAST, 42.00 FEET TO THE TRUE POINT OF BEGINNING; THENCE NORTH 89 DEGREES 51'10" WEST, 230.00 FEET TO THE BEGINNING OF A TANGENT 458.00 FOOT RADIUS CURVE, CONCAVE NORTHEASTERLY; THENCE NORTHWESTERLY ALONG THE ARC OF SAID CURVE THROUGH A CENTRAL ANGLE OF 36 DEGREES 06'36" A DISTANCE OF 288.65 FEET; THENCE NORTH 00 DEGREES 12'05" EAST,

522.49 FEET; THENCE NORTH 89 DEGREES 49'55" EAST, 500.00 FEET TO THE EASTERLY LINE OF THE SAID LOT 7; THENCE ALONG SAID EASTERLY LINE SOUTH 00 DEGREES 12'05" WEST, 610.00 FEET, MORE OR LESS, TO THE TRUE POINT OF BEGINNING.

ALSO EXCEPTING THEREFROM THAT PORTION THEREOF LYING WITHIN PARCELS A, B AND C AS SET OUT IN EXHIBIT "A" IN CERTIFICATE OF COMPLIANCE RECORDED JULY 3, 1995 AS FILE NO. 1995-0282020 OF OFFICIAL RECORDS OF SAID SAN DIEGO COUNTY.

PARCEL 10:

LOTS A AND B OF COUNTY OF SAN DIEGO TRACT NO. 3675-1, IN THE CITY OF SANTEE, COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO MAP THEREOF NO. 9902, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, NOVEMBER 25, 1980.

PARCEL 11:

LOT D OF COUNTY OF SAN DIEGO TRACT NO. 3675-2, IN THE CITY OF SANTEE, COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO MAP THEREOF NO. 9903, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, NOVEMBER 25, 1980.

PARCEL 12:

LOT F COUNTY OF SAN DIEGO TRACT NO. 3675-3, IN THE CITY OF SANTEE, COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO MAP THEREOF NO. 9904, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, NOVEMBER 25, 1980.

PARCEL 13:

LOT G OF COUNTY OF SAN DIEGO TRACT NO. 3675-4, IN THE CITY OF SANTEE, COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO MAP THEREOF NO. 9905, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, NOVEMBER 25, 1980.

PARCEL 14:

THAT PORTION OF CITY OF SANTEE TRACT NO. 83-10, IN THE CITY OF SANTEE, COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO MAP THEREOF NO. 11173, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, MARCH 7, 1985, DELINEATED AND DESIGNATED AS "PORTION OF FANITA PARKWAY RESERVED FOR FUTURE STREET", ON SAID MAP.

PARCEL 15:

THAT PORTION OF LOT 5 OF RESUBDIVISION OF FANITA RANCHO, IN THE CITY OF SAN DIEGO, COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO MAP THEREOF NO. 1703, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, FEBRUARY 28, 1918, DESCRIBED AS FOLLOWS:

BEGINNING AT THE INTERSECTION OF THE WESTERLY BOUNDARY OF CARLTON HILLS UNIT NO. 5, ACCORDING TO MAP THEREOF NO. 4364, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, OCTOBER 14, 1959, WITH THE NORTHERLY LINE OF SAID LOT 5; THENCE WESTERLY ALONG SAID NORTHERLY LINE, APPROXIMATELY 160.00 FEET IN THE EASTERLY BOUNDARY OF LAND DESCRIBED IN DEED TO SANTEE COUNTY WATER DISTRICT, RECORDED MAY 4, 1965 AS FILE NO. 79629 OF OFFICIAL RECORDS; THENCE ALONG SAID EASTERLY BOUNDARY AS FOLLOWS:

SOUTH 19 DEGREES 09'00" EAST, 350.00 FEET, MORE OR LESS, TO THE BEGINNING OF A TANGENT 1920.00 FOOT RADIUS CURVE (DEED - UNDISCLOSED RADIUS), CONCAVE WESTERLY; SOUTHERLY ALONG THE ARC OF SAID CURVE THROUGH A CENTRAL ANGLE OF 10 DEGREES 34'00" A DISTANCE OF 354.09 FEET AND TANGENT TO SAID CURVE, SOUTH 08 DEGREES 35'00" EAST, 878.45 FEET TO THE NORTHEASTERLY CORNER OF LAND DESCRIBED IN DEED TO SANTEE COUNTY WATER DISTRICT, RECORDED JANUARY 31, 1961 AS FILE NO. 17596 OF OFFICIAL RECORDS; THENCE ALONG THE

7

- EASTERLY AND SOUTHERLY BOUNDARY OF SAID LAND AS FOLLOWS:

- SOUTH 08 DEGREES 35'00" EAST, 2416.99 FEET AND SOUTH 78 DEGREES 19'48" WEST, 71.42 FEET TO THE NORTHEASTERLY CORNER OF LAND DESCRIBED IN DEED TO SANTEE COUNTY WATER DISTRICT, RECORDED OCTOBER 11, 1958 IN BOOK 7305, PAGE 551 OF OFFICIAL RECORDS; THENCE ALONG THE EASTERLY BOUNDARY OF SAID LAND AS FOLLOWS:

SOUTH 15'00'00" EAST, 490.00 FEET TO AN ANGLE POINT THEREIN, SOUTH 11 DEGREES 40'12" EAST, 350.00 FEET AND SOUTH 06 DEGREES 22'48" EAST TO THE SOUTHERLY LINE OF SAID LOT 5; THENCE EASTERLY ALONG SAID SOUTHERLY LINE TO THE WESTERLY BOUNDARY OF CARLTON HILLS UNIT NO. 2, ACCORDING TO MAP THEREOF NO. 4066, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, JANUARY 28, 1959; THENCE ALONG THE BOUNDARY OF SAID MAP NO. 4066 AS FOLLOWS:

NORTH 31 DEGREES 09'20" WEST, 20.00 FEET, MORE OR LESS, TO AN ANGLE POINT THEREIN, NORTH 18 DEGREES 20'00" WEST, 135.42 FEET, NORTH 14 DEGREES 24'10" EAST, 320.05 FEET, NORTH 09 DEGREES 13'00" WEST, 137.92 FEET, NORTH 21 DEGREES 20'00" WEST, 198.51 FEET, NORTH 35 DEGREES 06'00" WEST, 258.55 FEET, NORTH 01 DEGREES 24' WEST, 116.02 FEET, NORTH 34 DEGREES 07' EAST, 78.92 FEET, NORTH 87 DEGREES 39' EAST, 121.73 FEET, SOUTH 43 DEGREES 17' EAST, 120 FEET, NORTH 51 DEGREES 18' EAST, 160 FEET, NORTH 38 DEGREES 42' WEST, 58.15 FEET, NORTH 51 DEGREES 18' EAST, 60 FEET, NORTH 30 DEGREES 40' EAST, 64.11 FEET, NORTH 38 DEGREES 42' WEST 250.63 FEET, AND NORTH 72 DEGREES 06'00" EAST, 1330.30 FEET TO THE NORTHWESTERLY CORNER OF LOT 287 OF CARLTON HILLS UNIT NO. 1, ACCORDING TO MAP THEREOF NO. 4027, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, DECEMBER 10, 1958; THENCE ALONG THE BOUNDARY OF SAID MAP NO. 4027 AS FOLLOWS:

NORTH 72 DEGREES 06'00" EAST, 105.00 FEET AND NORTH 17 DEGREES 54'00" WEST, 263.07 FEET TO THE SOUTHWESTERLY CORNER OF THAT PORTION OF CARLTON HILLS BOULEVARD, INCLUDING WITHIN THE BOUNDARY OF CARLTON HILLS UNIT NO. 4, ACCORDING TO MAP THEREOF NO. 4196, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, MAY 27, 1959; THENCE ALONG THE BOUNDARY OF SAID MAP NO. 4196, NORTH 17 DEGREES 54'00" WEST, 17.40 FEET TO THE SOUTHEASTERLY CORNER OF LAND DESCRIBED IN DEED TO ALPHA BETA ACME MARKETS, INC., RECORDED AUGUST 5, 1969 AS FILE NO. 141583 OF OFFICIAL RECORDS, BEING ALSO THE POINT OF CUSP WITH A TANGENT 20.00 FOOT RADIUS CURVE, CONCAVE NORTHWESTERLY IN THE BOUNDARY OF SAID LAND; THENCE ALONG THE BOUNDARY OF SAID LAND AS FOLLOWS:

SOUTHWESTERLY ALONG THE ARC OF SAID CURVE THROUGH A CENTRAL ANGLE OF 90 DEGREES 00'00" A DISTANCE OF 31.42 FEET, TANGENT TO SAID CURVE, SOUTH 72 DEGREES 06'00" WEST, 340.00 FEET, NORTH 17 DEGREES 54'00" WEST, 550.00 FEET AND NORTH 72 DEGREES 06'00" EAST, 360.00 FEET TO THE BOUNDARY OF SAID MAP NO. 4196; THENCE ALONG THE BOUNDARY OF SAID MAP NO. 4196 AS FOLLOWS:

NORTH 17 DEGREES 54'00 WEST, 877.95 FEET TO AN ANGLE POINT THEREIN, SOUTH 72 DEGREES 06'00" WEST, 122.50 FEET; SOUTH 57 DEGREES 48'00" WEST, 976.82 FEET, SOUTH 29 DEGREES 51'00" WEST, 866.15 FEET, NORTH 08 DEGREES 35'00" WEST, 2099.71 FEET AND NORTH 80 DEGREES 17'00" EAST, 310.13 FEET TO THE SOUTHWESTERLY CORNER OF SAID MAP NO. 4364; THENCE ALONG THE BOUNDARY OF SAID MAP NO. 4364 AS FOLLOWS:

NORTH 09 DEGREES 43'00" WEST, 280.00 FEET, SOUTH 80 DEGREES 17'00" WEST, 35.46 FEET, NORTH 79 DEGREES 20'00" WEST, 95.24 FEET, NORTH 65 DEGREES 05'00" WEST, 97.39 FEET, NORTH 54 DEGREES 55'20" WEST, 90.62 FEET, NORTH 37 DEGREES 00'00", WEST, 96.98 FEET, NORTHERLY ALONG THE ARC OF A NON-TANGENT 2080.00 FOOT RADIUS CURVE, CONCAVE WESTERLY, THROUGH A CENTRAL ANGLE OF 03 DEGREES 58'24" A DISTANCE OF 144.24 FEET AND TANGENT TO SAID CURVE, NORTH 19 DEGREES 09'00" WEST TO THE POINT OF BEGINNING.

EXCEPTING THEREFROM THAT PORTION LYING WITHIN THE BOUNDARY OF COUNTY OF SAN DIEGO TRACT NO. 3776, COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO MAP THEREOF NO. 9517, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, JANUARY 9, 1980.

- ALSO EXCEPTING THEREFROM THAT PORTION LYING WITHIN THE BOUNDARIES OF LAKEVIEW CARLTON HILLS UNIT NO. 1, COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO MAP THEREOF NO. 8738, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, DECEMBER 13, 1977.

ALSO EXCEPTING THEREFROM THAT PORTION LYING WITHIN THE BOUNDARIES OF COUNTY OF SAN DIEGO TRACT NO. 3718-2, COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO MAP THEREOF NO. 9374, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, SEPTEMBER 19, 1979.

ALSO EXCEPTING THEREFROM THAT PORTION LYING WITHIN THE BOUNDARIES OF COUNTY OF SAN DIEGO TRACT NO. 3650-2, COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO MAP THEREOF NO. 8917, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, JULY 7, 1978.

ALSO EXCEPTING THEREFROM THAT PORTION LYING WITHIN THE BOUNDARIES OF COUNTY OF SAN DIEGO TRACT NO. 3718-1, COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO MAP THEREOF NO. 9300, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, JULY 24, 1979.

ALSO EXCEPTING THEREFROM THAT PORTION LYING WITHIN THE BOUNDARIES OF COUNTY OF SAN DIEGO TRACT NO. 3717, COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO MAP THEREOF NO. 9007, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, OCTOBER 26, 1978.

ALSO EXCEPTING THEREFROM THAT PORTION DESCRIBED AS FOLLOWS:

COMMENCING AT THE MOST SOUTHERLY CORNER OF CHARLTON HILLS UNIT NO. 4, AS SHOWN ON MAP NO. 4196, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAID SAN DIEGO COUNTY, SAID CORNER ALSO BEING THE INTERSECTION OF THE WESTERLY LINE OF CARLTON HILLS BOULEVARD (100 FEET WIDE) WITH THE WESTERLY PROLONGATION OF THE NORTHERLY LINE OF MAST BOULEVARD (100 FEET WIDE); THENCE ALONG SAID WESTERLY LINE OF CARLTON HILLS BOULEVARD NORTH 17 DEGREES 54'00" WEST, 17.40 FEET TO THE TRUE POINT OF BEGINNING, SAID POINT BEING THE NORTHERLY TERMINUS OF THAT CERTAIN TANGENT CURVE BEING CONCAVE NORTHWESTERLY AND HAVING A RADIUS OF 20.00 FEET AS SAID CURVE IS DESCRIBED IN THE DEED TO ALPHA BETA ACME MARKETS, INC., A DELAWARE CORPORATION, RECORDED AUGUST 5, 1969 AS FILE NO. 141583 OF OFFICIAL RECORDS, IN THE OFFICE OF THE RECORDER OF SAID COUNTY; THENCE SOUTHWESTERLY ALONG SAID CURVE THROUGH A CENTRAL ANGLE OF 90 DEGREES 00'00" AN ARC LENGTH OF 31.42 FEET TO A POINT ON THE SOUTHERLY LINE OF SAID ALPHA BETA ACME MARKETS PROPERTY; THENCE ALONG SAID SOUTHERLY LINE, SOUTH 72 DEGREES 06'00" WEST, 340.00 FEET TO THE MOST SOUTHERLY CORNER OF SAID ALPHA BETA ACME MARKETS PROPERTY; THENCE AT RIGHT ANGLES, SOUTH 17 DEGREES 54'00" EAST, 102.00 FEET TO A POINT ON A LINE WHICH IS PARALLEL WITH AND DISTANT SOUTHERLY 102.00 FEET, MEASURED AT RIGHT ANGLES, FROM SAID SOUTHERLY LINE; THENCE ALONG SAID LINE, NORTH 72 DEGREES 06'00" EAST, 340.00 FEET TO THE BEGINNING OF A TANGENT CURVE CONCAVE SOUTHWESTERLY AND HAVING A RADIUS OF 20.00 FEET; THENCE SOUTHEASTERLY ALONG SAID CURVE THROUGH A CENTRAL ANGLE OF 90 DEGREES 00'00" AN ARC LENGTH OF 31.42 FEET TO A POINT ON THE WESTERLY LINE OF SAID CARLTON HILLS BOULEVARD; THENCE ALONG SAID WESTERLY LINE NORTH 17 DEGREES 54'00" WEST, 142.00 FEET TO THE TRUE POINT OF BEGINNING. ALSO EXCEPTING THEREFROM THAT PORTION LYING WITHIN THE BOUNDARIES OF CITY OF SANTEE TRACT NO. 83-10, COUNTY OF SAN DIEGO, CALIFORNIA, ACCORDING TO MAP THEREOF NO. 11173, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, MARCH 7, 1985.

PARCEL 16:

-THAT PORTION OF LOT 8 OF RESUBDIVISION OF FANITA RANCHO, COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO MAP THEREOF NO. 1703, FILED IN THE OFFICE OF THE COUNTY -RECORDER OF SAN DIEGO COUNTY, FEBRUARY 28, 1918, LYING WITHIN RECORD OF SURVEY MAP NO. 8279, IN THE CITY OF SANTEE, COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, MAY 4, 1978 AND LYING SOUTHERLY OF THE SOUTHWESTERLY LINE OF COUNTY OF SAN DIEGO TRACT NO. 3675-1, IN THE CITY OF SANTEE, COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO MAP THEREOF NO. 9902, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, NOVEMBER 25, 1970 AND LYING NORTHERLY OF THE NORTHERLY LINE OF PARCEL 15 HEREINABOVE DESCRIBED.

EXCEPTING THEREFROM THAT PORTION LYING WESTERLY OF THE FOLLOWING DESCRIBED LINE:

BEGINNING AT A POINT ON THE BOUNDARY OF SAID RECORD OF SURVEY MAP NO. 8279, SAID POINT BEING THE MOST WESTERLY CORNER OF SAID MAP NO. 9902, SAID POINT ALSO BEING DELINEATED AND DESIGNATED AS "TPOB DD NO. 7" ON SAID RECORD OF SURVEY MAP NO. 8279; THENCE ALONG SAID BOUNDARY SOUTH 25 DEGREES 25'07" WEST, 318.4 FEET; THENCE SOUTH 22 DEGREES 55'57" WEST, 389.11 FEET TO THE BEGINNING OF A TANGENT 2080 FOOT RADIUS CURVE CONCAVE EASTERLY; THENCE SOUTHERLY ALONG SAID CURVE THROUGH A CENTRAL ANGLE OF 33 DEGREES 55'30" A DISTANCE OF 1524.84 FEET; THENCE TANGENT TO SAID CURVE SOUTH 19 DEGREES 06'19" EAST TO THE NORTHWESTERLY CORNER OF SAID PARCEL 15, SAID POINT BEING THE POINT OF TERMINUS.

ALSO EXCEPTING THEREFROM THAT PORTION LYING EASTERLY OF THE FOLLOWING DESCRIBED LINE:

COMMENCING AT THE HEREINBEFORE MENTIONED POINT DELINEATED AND DESIGNATED AS "TPOB DD NO7" ON SAID RECORD OF SURVEY MAP NO. 8279; THENCE SOUTH 64 DEGREES 31'42" EAST, 160 FEET TO A POINT ON THE BOUNDARY OF SAID RECORD OF SURVEY MAP NO. 8279, SAID POINT BEING THE TRUE POINT OF BEGINNING; THENCE FROM SAID TRUE POINT OF BEGINNING ALONG SAID BOUNDARY SOUTH 25 DEGREES 25'07" WEST, 314.77 FEET; THENCE SOUTH 22 DEGREES 55'57" WEST, 385.60 FEET TO THE BEGINNING OF A TANGENT 1920 FOOT RADIUS CURVE CONCAVE EASTERLY; THENCE SOUTHERLY ALONG SAID CURVE THROUGH A CENTRAL ANGLE OF 33 DEGREES 55'30" A DISTANCE OF 1407.45; THENCE TANGENT TO SAID CURVE SOUTH 19 DEGREES 06'19" EAST TO THE NORTHEASTERLY CORNER OF SAID PARCEL 15, SAID POINT BEING THE POINT OF TERMINUS.

PARCEL 17:

LOTS 22 AND 23 OF CITY OF SANTEE TRACT NO. 83-10, IN THE CITY OF SANTEE, COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO MAP THEREOF NO. 11173, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, MARCH 7, 1985.

PARCEL 18:

PARCEL 3 OF PARCEL MAP NO. 2165, IN THE CITY OF SANTEE, COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, DECEMBER 17, 1973 AS FILE NO. 73-347429 OF OFFICIAL RECORDS.